```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 13819
   ANGELO SHABAZZ
   CONSTANCE SHABAZZ                         CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6240     SSN XXX-XX-6170


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/30/2008 and was not confirmed.

     The case was dismissed without confirmation 10/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            1581.46           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00           .00            .00
NISSAN INFINITI            SECURED NOT I     6283.85           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED           .00            .00
SBC                        UNSECURED       NOT FILED           .00            .00
CHASE BANK USA NA          UNSECURED        17658.82           .00            .00
CHASE BANK                 UNSECURED       NOT FILED           .00            .00
CITIBANK USA               UNSECURED       NOT FILED           .00            .00
SOUTHWEST HOSPITALS MRI    UNSECURED       NOT FILED           .00            .00
NATIONAL CITY BANK ~       UNSECURED        16439.33           .00            .00
COM ED EXELON CORPORATIO   UNSECURED       NOT FILED           .00            .00
SPRINT                     UNSECURED       NOT FILED           .00            .00
SALLIE MAE TRUST           UNSECURED             .00           .00            .00
SALLIE MAE                 UNSECURED             .00           .00            .00
SALLIE MAE                 UNSECURED             .00           .00            .00
SALLIE MAE                 UNSECURED             .00           .00            .00
SALLIE MAE                 UNSECURED             .00           .00            .00
SALLIE MAE                 UNSECURED             .00           .00            .00
ISAC                       UNSECURED             .00           .00            .00
LVNV FUNDING LLC           UNSECURED         1389.10           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        44980.59           .00            .00
US BANK                    UNSECURED        17647.60           .00            .00
US DEPT OF EDUCATION       UNSECURED             .00           .00            .00
US DEPT OF EDUCATION       UNSECURED             .00           .00            .00
US DEPT OF EDUCATION       UNSECURED             .00           .00            .00
US DEPT OF EDUCATION       UNSECURED             .00           .00            .00
US DEPT OF EDUCATION       UNSECURED             .00           .00            .00
NISSAN INFINITI            NOTICE ONLY    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED           .00            .00
ARROWOOD INDEMNITY         UNSECURED         9806.73           .00            .00
CITY OF CHICAGO WATER DE   SECURED             235.00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13819 ANGELO SHABAZZ & CONSTANCE SHABAZZ
```

```
COUNTRYWIDE HOME LOANS I  NOTICE ONLY    NOT FILED              .00            .00
CATHERINE SCHWARTZ        UNSECURED     300000.00               .00            .00
PRA RECEIVABLES MGMT      UNSECURED       1206.36               .00            .00
PRA RECEIVABLES MGMT      UNSECURED      11966.48               .00            .00
STATE FARM MUTUAL AUTO    UNSECURED     103426.00               .00            .00
STATE FARM MUTUAL AUTO    UNSECURED     125593.69               .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,334.00                         2,334.00
TOM VAUGHN                TRUSTEE                                            181.10
DEBTOR REFUND             REFUND                                           2,884.90

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   5,400.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,334.00
TRUSTEE COMPENSATION                             181.10
DEBTOR REFUND                                  2,884.90
                         ---------------    ---------------
TOTALS                    5,400.00             5,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 01/26/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE



                            PAGE   2
       CASE NO. 08 B 13819 ANGELO SHABAZZ & CONSTANCE SHABAZZ